UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT WILLIAM WATSON,

      Plaintiff,

 -against-

CONNERY O'BRIEN, et al.,

      Defendants.

1:23-CV-8958 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued November 27, 2023, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims under federal law for failure to state a claim on which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii), and declines to consider, under its supplemental jurisdiction, Plaintiff's claims under state law, *see* 28 U.S.C. § 1367(c)(3).

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: March 1, 2024
    New York, New York

          /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
         Chief United States District Judge